IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEWITT ANDERSON,**
     Plaintiff,

vs.                                    Case No.: 5:07cv176/RS/MD

**PANAMA CITY POLICE DEPARTMENT, et al.,**
     Defendants.
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on July 18, 2007 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (doc. 1). On January 24, 2008 this court issued an order requiring plaintiff to file an amended complaint within thirty days (doc. 18). A copy of the order was mailed to plaintiff at his address of record. However, on February 1, 2008 the mail was returned as undeliverable marked Unable To Forward (doc. 19). Over sixty days have elapsed and plaintiff has not filed a change of address form or otherwise notified the court of his new address.

Accordingly, it is respectfully RECOMMENDED:

1.  That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court informed of his current address.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 7th day of April, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 5:07cv176/RS/MD*